IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VALERIE PRATER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15–CV–03525–L |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Valerie Prater and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Stipulation to constitute a final disposition of their claims in accordance with their settlement agreement.

        Respectfully submitted,

        */s/ Roger D. Higgins*
        Roger D. Higgins, Attorney-in-charge
        State Bar No. 09601500, IL 6182756
        Southern District No. 33282
        rhiggins@thompsoncoe.com
        THOMPSON, COE, COUSINS & IRONS, L.L.P.
        Plaza of the Americas
        700 N. Pearl Street, Twenty-Fifth Floor
        Dallas, Texas 75201-2832
        Telephone: (214) 871-8200
        Telecopy: (214) 871-8209
        **ATTORNEYS FOR DEFENDANT**
        **ALLSTATE VEHICLE AND PROPERTY**
        **INSURANCE COMPANY**

AGREED:

*/s/ Jesse S. Corona*
Jesse S. Corona
State Bar No. 24082184
Southern District Bar No. 2239270
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Pkwy E, Ste. 420
Houston, Texas  77060
Telephone: (281) 882-3531
Toll free:   (866) HAIL-LAW
Facsimile: (713) 678-0613
jesse@thecoronalawfirm.com
www.theCoronaLawfirm.com
www.StormCounselor.com
**ATTORNEY FOR PLAINTIFF**

*\*Signed with Permission*

## CERTIFICATE OF SERVICE

This is to certify that on October 14, 2016, a true and correct copy of this document was served to all Counsel of Record pursuant to the Federal Rules of Civil Procedure:

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Pkwy E, Ste. 420
Houston, Texas  77060

                */s/ Roger D. Higgins*
                Roger D. Higgins